AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Liberty Mutual Insurance Co
(as subrogee of Kelley Torrans)

V.

United States of America and
Westwood Cartage, Inc

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10391 RCL

TO: (Name and address of Defendant)

United States Postal Service
Attn: John E. Potter, Postmaster General
475 L'Enfant Plaza, S.E.
Washington, DC 20260-1100

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laurie B. McGhee
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

an answer to the complaint which is herewith served upon you, within  __20__  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

MAR 1 - 2005

CLERK                                DATE

(By) DEPUTY CLERK

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Laurie B McGuire
Bolden & Associates
10 Federal Street, #210
Salem MA 01970