# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

Liberty Mutual Insurance Co
(as subrogee of Kelley A. Torrans)

V.

United States of America and
Westwood Cartage, Inc

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10391 RCL**

TO: (Name and address of Defendant)    Westwood Cartage, Inc
62 Everett Street
Westwood, MA 02090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laurie B. McGhee
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK     TONY ANASTAS

(By) DEPUTY CLERK

DATE     MAR 1 - 2005

**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

May 10, 2005

I hereby certify and return that on 5/9/2005 at 1:20PM I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Daniel MacDonald, manager, , person in charge at the time of service for Westwood Cartage, Inc., at 62 Everett Street, Westwood, MA 02090. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.32) Total Charges $48.82

Deputy Sheriff James E. Riggs

*/s/ James Riggs*
*Deputy Sheriff*

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.