COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                          UNITED STATES DISTRICT COURT
                                                      DOCKET NO.: 05-10391 RCL

LIBERTY MUTUAL INSURANCE CO.        )
(as subrogee of Kelley A. Torrans)  )
                                    )
            Plaintiff               )
                                    )
Vs.                                 )
                                    )
UNITED STATES OF AMERICA and        )
WESTWOOD CARTAGE, INC               )
                                    )
            Defendants              )

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Plaintiff, Liberty Mutual Insurance Co., in the above entitle matter.

Respectfully Submitted,
The Plaintiff
By Its Attorney

Laurie B. McGhee
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970
(978) 744-2162
BBO # 551385

CERTIFICATE OF SERVICE

I, Laurie B. McGhee, Attorney for the Plaintiff, Liberty Mutual Insurance Co., do hereby certify that under the penalties of perjury I have this 14th day of June, 2005, gave written notice of Notice of Withdrawal of Appearance of Jackson F. Quan, Notice of Appearance of Laurie B. McGhee, by mailing a copy first class mail, postage prepaid to:

Christopher Alberto
United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, MA 02210

Westwood Cartage, Inc
62 Everett Street
Westwood, MA 02090

                                                  Respectfully Submitted,
                                                  The Plaintiff
                                                  By Its Attorney

                                                  Laurie B. McGhee
                                                  Bolden & Associates
                                                  10 Federal Street, Suite 210
                                                  Salem, MA 01970
                                                  (978) 744-2162
                                                  BBO # 551385