COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    UNITED STATES DISTRICT COURT
                                                DOCKET NO.: 05 10391 RCL

LIBERTY MUTUAL INSURANCE CO.           )
(as subrogee of Kelley A. Torrans)      )
                                        )
                                        )
                Plaintiff               )
     Vs.                                )
                                        )
UNITED STATES OF AMERICA and            )
WESTWOOD CARTAGE, INC                   )
                                        )
                Defendants              )
                                        )

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw my appearance as attorney for the Plaintiff, Liberty Mutual Insurance Co., in the above entitle matter. This notice is accompanied by the appearance of our successor counsel.

                                        Respectfully Submitted,
                                        The Plaintiff
                                        By Its Attorney


                                        Jackson F. Quan
                                        Bolden & Associates
                                        10 Federal Street, Suite 210
                                        Salem, MA 01970
                                        (978) 744-2162
                                        BBO # 648122