UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO., <br> (as subrogee of Kelley Torrans) <br><br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA and <br> WESTWOOD CARTAGE, INC., <br><br> Defendants. | Civil Action No.: 05-10391 RCL |

STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of F.R.C.P. 41(a)(1)(ii), hereby stipulate that this action be dismissed, with prejudice, without costs, and waiving all rights of appeal.

                                      Respectfully submitted,
                                      The Plaintiff,
                                      By its Attorney,

                                      /s/ Laurie B. McGhee by Christopher Alberto
                                      Laurie B. McGhee
                                      Bolden & Associates
                                      10 Federal Street, Suite 210
                                      Salem, MA 01970
                                      (978) 744-2162
                                      BBO # 551385

The Defendant,
By Its Attorney,

/s/ Christopher Alberto
Christopher Alberto
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3311

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the attorney of record for each party a copy of the foregoing document by deposition in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Dated: August 9, 2005

                                              /s/ Christopher Alberto
                                              Christopher Alberto