UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10391 RCL

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE CO ) <br> (as subrogee of Kelley Torrans) ) <br> ) <br> Plaintiff ) <br> Vs. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> WESTWOOD CARTAGE INC ) <br> ) <br> Defendants ) | STIPULATION OF <br> DISMISSAL |

      Now comes the parties and hereby stipulate that this matter be dismissed, *with prejudice* and without costs in accordance with F.R.C.P. 41 (a) (1)(i) and waiving all rights of appeal.

      Respectfully Submitted,
The Plaintiff
By Its Attorney


/s/ Laurie B. Mcghee
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970
(978) 744-2162


For the Defendant
By His/Her/Its Attorney


/s/ Christopher Alberto
Christopher Alberto
Assistant U.S. Attorney
Boston, MA 02210